Kevin E. Gaut, Esq. (State Bar No. 117352)
Samantha C. Grant, Esq. (State Bar No. 198130)
keg@msk.com; scg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100
Attorneys for Defendants

Gregory G. Petersen, Esq. (State Bar No. 77744)
atty@cpk-law.com
CASTEL, PETERSEN AND KRAUSE, LLP
Attorney at Law
4675 MacArthur Court, Ste. 1250
Newport Beach, CA 92660
Phone: (949) 417-5600
Fax: (949) 417-5680
Attorneys for Plaintiffs, Morey and Henry

Kirby D. Farris, Esq.
Kenneth E. Riley, Esq.
kfarris@frplegal.com
FARRIS, RILEY & PITT, LLP
The Massey Building
2025 Third Avenue North, Suite 200
Birmingham, AL 35203
Phone: (205) 324-1212
Fax: (205) 324-1255
Attorneys for Plaintiffs, Morey and Henry

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STARMED HEALTH PERSONNEL, INC. FAIR LABOR STANDARDS ACT LITIGATION. | CASE NO. MDL 04-1601-R<br>CV 04-04523 – R<br>CV 04-04797 – R<br>CV 05-00825 – R<br>CV 05-00270 – R<br>CV 05-00415 – R<br><br>ASSIGNED TO THE HON. MANUEL REAL<br><br>[PROPOSED] ORDER |

[PROPOSED] ORDER

## ORDER

After consideration of all the papers submitted in Support of the Stipulation to Approve Settlement and of the record as a whole, for good cause shown, the Court orders as follows:

**IT IS HEREBY ORDERED** that the settlement of the claims in the case of <u>Michelle Gaynor v. StarMed Health Personnel, Inc.</u>, Case No. 2:04-cv-04797-R-JWJ is hereby approved as a fair and reasonable settlement of all claims asserted, and the form of Settlement Agreement attached to the parties' Stipulation is hereby approved by the Court.

**IT IS FURTHER ORDER AND DECREED** that the claims of plaintiff in the case of <u>Michelle Gaynor v. StarMed Health Personnel, Inc.</u>, Case No. 2:04-cv-04797-R-JWJ are hereby dismissed with prejudice, each party to bear its own costs and fees.

Dated: Sept. 27 2006

_____
Hon. Manuel L. Real
United States District Court Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On **September 26, 2006**, I served a copy of the foregoing document(s) described as **[PROPOSED] ORDER** on the interested parties in this action at their last known address as set forth below by taking the action described below:

**Kirby D. Farris, Esq.**
**Kenneth E. Riley**
**FARRIS, RILEY & PITT, LLP**
**The Massey Building, Suite 200**
**2025 3rd Avenue North**
**Birmingham, AL 35203**
**Fax: (205) 324-1255**

☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with FEDEX in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☐ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by FIRST LEGAL SUPPORT SERVICES of the document(s) listed above to the person(s) at the address(es) set forth above.

☐ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically at __:__ __.m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☐ **BY FAX:** Along with placing the above-described document(s) in sealed envelope(s) addressed as set forth above, I sent a copy of the above-described document(s) to each of the individuals set forth above at the facsimile numbers listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **September 26, 2006**, at Los Angeles, California.

_____
Phyllis Bryant

Mitchell Silberberg & Knupp LLP
0962470.19

1